AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Southern District of Florida

| | |
|---|---|
| SHIR FRENKEL, individually and as wife and survivor of her deceased's husband, IGAL TYSZMAN's estate, and EVAN KRACKOWER, as pending Personal Representative of the ESTATE OF IGAL TYSZMAN for the benefit of the Estate of IGAL Tyszman and for the benefit of deceased's survivor, SHIR FRENKEL, his wife, | ) ) ) ) ) ) ` |
| *Plaintiff(s)* | ) |
| v. | 18cv25014KMW/EGT |
| ROYAL CARIBBEAN CRUISES LTD. | ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Royal Caribbean Cruises, Ltd
by serving its Registered Agent
Bradley Stein
1050 Caribbean Way
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Debi Chalik, Esq.
Chalik & Chalik P.A.
10063 NW 1st Court
Plantation, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Nov 30, 2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts