UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-25014-KMW

SHIR FRENKEL, individually and
as wife and survivor of her deceased's
husband, IGAL TYSZMAN's estate,
and EVAN KRACKOWER, as pending Personal
Representative of the ESTATE OF IGAL
TYSZMAN for the benefit of the ESTATE OF
IGAL TYSZMAN and for the benefit of deceased's
survivor, SHIR FRENKEL, his wife,

       Plaintiffs,
V.

ROYAL CARIBBEAN CRUISES LTD.

Defendant.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiffs, by and through undersigned counsel, hereby files this Notice of Entry of Parties, requesting addition of IGAL TYSZMAN, deceased and EVAN KRACKOWER as pending personal representative of the Estate of IGAL TYSZMAN and for the benefit of SHIR FRENKEL, wife and survivor and IGAL TYSZMAN, deceased.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true correct copy of the foregoing was filed with the Court via CM/ECF on this 3RD day of December, 2018.

                                        CHALIK AND CHALIK, P.A.
                                      Attorneys for Plaintiff
                                      10063 N. W. 1st Court
                                      Plantation, Florida 33324
                                      Tel.:   (954) 476-1000
                                      Fax:   (954) 472-1173
                                      By _____
                                      DEBI F. CHALIK
                                      Florida Bar No. 179566